IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00258-RPM

SALVADORE FLORES,

    Plaintiff,

v.

HALIBURTON ENERGY SERVICES, INC.,

    Defendant.

_____

STAY ORDER
_____

Upon consideration of the Joint Motion to Stay Case Pending Arbitration [5], it is

ORDERED that the motion is granted and this case is stayed pending arbitration.

DATED: May 3rd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge