IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00258-RPM

SALVADOR FLORES,

    Plaintiff,

v.

HALIBURTON ENERGY SERVICES, INC.,

    Defendant.

_____

### AMENDED ORDER FOR STATUS REPORT
_____

On May 3, 2010, an order entered granting a motion to stay this case pending arbitration. It is now

ORDERED that on or before February 25, 2011, the parties shall file a status report.

DATED: February 15, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge