IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00258-RPM

SALVADORE FLORES,

    Plaintiff,

v.

HALIBURTON ENERGY SERVICES, INC.,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On February 16, 2011, the parties filed a status report informing that the arbitrator's award would be due by April 22, 2011. Nothing further has been filed in this case and it is now

ORDERED that on or before May 10, 2012, the parties shall file a status report.

DATED: May 1st, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge