IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00258-RPM

SALVADOR FLORES,

    Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice [Dkt.20] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs related to this action.

Dated: January 31, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge